1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DONNA LAVETTA WILSON

6

7                 IN THE UNITED STATES DISTRICT COURT

8              FOR THE EASTERN DISTRICT OF CALIFORNIA

9

   UNITED STATES OF AMERICA,          )   CASE NO. CR-S-06-450 (LKK)
10                                     )
                   Plaintiff,          )   *AMENDED*
11                                     )   **ORDER AFTER HEARING**
            v.                         )
12                                     )
   DIALLO SIMS                         )   JUDGE: Lawrence K. Karlton
13                                     )
   DONNA LAVETTA WILSON,               )
14                                     )
                   Defendants.
15 _____

16         This matter came on for Status Conference on December 5, 2006, in the courtroom of the

17 Honorable Lawrence K. Karlton, Senior Judge.  Assistant United States Attorney John Vincent appeared

18 on behalf of the United States of America.  Attorney Hayes Gable, III, appeared for Diallo Sims, who was

19 present and in custody, and Assistant Federal Defender Lexi Negin appeared on behalf of Defendant

20 Donna Wilson, who was present and in custody.

21         Both defense counsel requested additional time for investigation, review of discovery and to

22 prepare a defense of the case with the government.  A further status conference date of January 17, 2007,

23 is set.

24         Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for

25 the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of

26 counsel, from December 5, 2006, up until and including January 17, 2007.

27         Good cause appearing therefor,

28 Order After Hearing

1    IT IS ORDERED that this matter is continued to January 17, 2007, at 9:30 a.m. for Status

2  Conference.

3    IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)

4  (iv) and Local Code T4, the period from December 5, 2006, up to and including January 17, 2007, is

5  excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of

6  counsel.

7  Dated: December 6, 2006

8

9                                      LAWRENCE K. KARLTON
                                       SENIOR JUDGE
10                                     UNITED STATES DISTRICT COURT

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

Order After Hearing                    2