1  DANIEL J. BRODERICK, Bar #89424
   Federal Defender
2
   LEXI NEGIN, D.C. Bar #446153
3  Assistant Federal Defender
   Designated Counsel for Service
4  801 I Street, 3rd Floor
   Sacramento, California 95814
5  Telephone: (916) 498-5700

6  Attorneys for Defendant
   DONNA LAVETTA WILSON
7

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | No. CR-06-0450- LKK |
| Plaintiff, | ) ) | ORDER SCHEDULING A HEARING FOR JANUARY 10, 2007 AT 2:00 |
| v. | ) ) | |
| DIALLO SIMS DONNA LAVETTA WILSON | ) ) ) | |
| Defendants. | ) ) | |

For the reasons set forth in the defendant's Motion for Release and for Detention Hearing filed on January 4, 2007, IT IS HEREBY ORDERED that the matter be set for a hearing on January 10, 2007, at 2:00 p.m.

Dated: 1/5/07                              /s/ Gregory G. Hollows
                                           _____
                                           GREGORY G. HOLLOWS
                                           UNITED STATES MAGISTRATE JUDGE

`wilson.ord`

1