| | |
|---|---|
| 1 | DANIEL BRODERICK, Bar #89424 |
| | Acting Federal Defender |
| 2 | Lexi Negin, D.C. Bar #446153 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | DONNA LAVETTA WILSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-450 (LKK) |
| | ) | |
| Plaintiff, | ) | |
| | ) | **ORDER AFTER HEARING** |
| v. | ) | |
| | ) | |
| DIALLO SIMS | ) | JUDGE: Lawrence K. Karlton |
| | ) | |
| DONNA LAVETTA WILSON, | ) | |
| | ) | |
| Defendants. | | |

This matter came on for Status Conference on January 17, 2006, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Special Assistant United States Attorney Lesley Monahan appeared on behalf of the United States of America. Attorney Hayes Gable, III, appeared for Diallo Sims, who was present and in custody, and Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Donna Wilson, who was present and in custody.

Both defense counsel requested additional time for investigation, review of discovery and to prepare a defense of the case. In addition, a briefing schedule was set as follows:

Motions Due:       January 30, 2007

Responses Due:    February 13, 2007

Replies Due:         February 20, 2007

Hearing Date:       March 6, 2007


Order After Hearing

A non-evidentiary Motion Hearing is set on March 6, 2007.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from January 17, 2007, up until and including January 30, 2007.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to March 6, 2007, at 9:30 a.m. for non-evidentiary Motion Hearing.

IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, the period from January 17, 2007, up to and including January 30, 2007, is excluded from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: January 18, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

Order After Hearing                                        2