| | |
|---|---|
| 1 | DANIEL BRODERICK, Bar #89424 |
| | Federal Defender |
| 2 | Lexi Negin, D.C. Bar #446153 |
| | Assistant Federal Defender |
| 3 | 801 I Street, 3rd. Floor |
| | Sacramento, California 95814 |
| 4 | Telephone: (916) 498-5700 |
| 5 | Attorney for Defendant |
| | DONNA LAVETTA WILSON |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-450 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING |
| | ) | |
| DIALLO SIMS | ) | |
| | ) | |
| DONNA LAVETTA WILSON, | ) | |
| | ) | |
| Defendants. | | |

This case is currently scheduled for a status hearing on April 10, 2007. The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and further investigation of the case.

All parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for April 10, 2007, be continued until May 15, 2007. In addition, the parties stipulate that the time period from April 10, 2007, to May 15, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED: April 6, 2007

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for Dale Kitching<br>DALE KITCHING<br>Special Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Donna Wilson |
| /s/ Lexi Negin for Hayes Gable<br>HAYES GABLE<br>Attorney for Diallo Sims | |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-450 LKK |
| | ) | |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING STATUS |
| v. | ) | CONFERENCE AND EXCLUDING TIME |
| | ) | |
| DIALLO SIMS | ) | |
| | ) | |
| DONNA LAVETTA WILSON, | ) | |
| | ) | |
| Defendants. | | |

For the reasons set forth in the stipulation of the parties, filed on April 6, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for April 10, 2007, be continued until Tuesday, May 15, 2007, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' April 6, 2007 stipulation, the time under the Speedy Trial Act is excluded from April 10, 2007, through May 15, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: April 6, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT