DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DONNA LAVETTA WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-06-450 LKK |
| Plaintiff, | |
| v. | STIPULATION AND ORDER TO CONTINUE STATUS HEARING |
| DIALLO SIMS | |
| DONNA LAVETTA WILSON, | |
| Defendants. | |

This case is currently scheduled for a status hearing on May 15, 2007. The attorneys for all parties have conferred and agree that additional time is needed for defense review of discovery and further investigation of the case.

All parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for May 15, 2007, be continued until June 5, 2007. In addition, the parties stipulate that the time period from May 15, 2007, to June 5, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED:May 14, 2007

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for Dale Kitching<br>DALE KITCHING<br>Special Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Donna Wilson |
| /s/ Lexi Negin for Hayes Gable<br>HAYES GABLE<br>Attorney for Diallo Sims | |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-06-450 LKK |
| Plaintiff, | |
| v. | ORDER CONTINUING STATUS CONFERENCE AND EXCLUDING TIME |
| DIALLO SIMS | |
| DONNA LAVETTA WILSON, | |
| Defendants. | |

For the reasons set forth in the stipulation of the parties, filed on May 14, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for May 15, 2007, be continued until Tuesday, June 5, 2007, at 9:30 a.m. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' May 14, 2007 stipulation, the time under the Speedy Trial Act is excluded from May 15, 2007, through June 5, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: May 11, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT