HAYES H. GABLE III
Attorney at Law
State Bar No. 60368
428 J Street, Suite 350
Sacramento, CA 95814
(916) 446-3331

Attorney for Defendant
DIALLO SIMS

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **UNITED STATES OF AMERICA**, ) | CR. S-06-450 LKK |
| ) | |
| Plaintiff, ) | |
| ) | **STIPULATION AND** |
| ) | **ORDER RE: CONTINUANCE OF** |
| ) | **STATUS CONFERENCE AND** |
| v. ) | **EXCLUSION OF TIME UNDER** |
| ) | **SPEEDY TRIAL ACT** |
| **DIALLO SIMS and** ) | |
| **DONNA LAVETTA WILSON,** ) | |
| ) | |
| ) | |
| Defendants. ) | Judge: Hon. LAWRENCE K. KARLTON |
| ) | |

-o0o-

Plaintiff, United States of America, by and through its counsel, Special Assistant United States Attorney Dale Kitching, and defendants Diallo Sims, by and through his counsel, Hayes H. Gable, III, and Donna Lavetta Wilson, by and through her counsel, Assistant Federal Defender Lexi Negin, agree and stipulate to vacate the existing status conference in the above-captioned action, June 5, 2007, and to continue the matter to July 10, 2007, at 10:00 a.m. for status conference.

The reason for this request is that the defense and the government require additional time to complete investigation that may significantly impact on the potential settlement of this action . The parties further agree and stipulate that the period for the filing of this stipulation until July 10, 2007, should be excluded in computing time for commencement of trial under the Speedy Trial

1.

Act, based upon the interest of justice under 18 U.S.C. § 3161(h)(8)(B)(iv) and Local Code T4, to allow continuity of counsel and to allow reasonable time necessary for effective presentation. It is further agreed and stipulated that the need of defense counsel to prepare exceeds the public's interest in commencing trial within 70 days.

    Counsel for the government and defendant Wilson has authorized the execution of this stipulation on their behalf. Accordingly, the parties respectfully request the Court adopt this proposed stipulation.

Dated: May 31, 2007      /s/Hayes H. Gable, III
                                    HAYES H. GABLE III
                                    Attorney for Defendant
                                    DIALLO SIMS

Dated: May 31, 2007     DANIEL BRODERICK
                                    Federal Defender

                                    /s/Hayes H. Gable, III for
                                    LEXI NEGIN
                                    Assistant Federal Defender
                                    Attorney for Defendant
                                    DONNA LAVETTA WILSON

Dated: May 31, 2007     MCGREGOR W. SCOTT
                                    United States Attorney

                   By:    s/Hayes H. Gable, III for
                                    DALE KITCHING
                                    Special Assistant United States Attorney

                                    **ORDER**

IT IS SO ORDERED.

Dated: June 1, 2007

                                    LAWRENCE K. KARLTON
                                    SENIOR JUDGE
                                    UNITED STATES DISTRICT COURT