1  DANIEL BRODERICK, Bar #89424
   Acting Federal Defender
2  Lexi Negin, D.C. Bar #446153
   Assistant Federal Defender
3  801 I Street, 3rd. Floor
   Sacramento, California 95814
4  Telephone: (916) 498-5700

5  Attorney for Defendant
   DONNA LAVETTA WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | CASE NO. CR-S-06-450 (LKK) |
| Plaintiff, | |
| v. | **ORDER AFTER HEARING** |
| DIALLO SIMS | JUDGE: Lawrence K. Karlton |
| DONNA LAVETTA WILSON, | |
| Defendants. | |

This matter came on for status hearing on July 24, 2007, in the courtroom of the Honorable Lawrence K. Karlton, Senior Judge. Special Assistant United States Attorney Dale Kitching appeared on behalf of the United States of America. Attorney Hayes Gable, III, appeared for Diallo Sims, who was present and in custody, and Assistant Federal Defender Lexi Negin appeared on behalf of Defendant Donna Wilson, who was present and in custody.

Both defense counsel requested additional time for investigation, review of discovery and to prepare a defense of the case. All parties agreed to a further status hearing date of August 21, 2007.

Accordingly, the parties agreed to exclude time from calculation under the Speedy Trial Act for the reasons stated above, pursuant to 18 U.S.C. §3161 (h)(8)(B)(iv) and Local Code T4, for preparation of counsel, from July 24, 2007, up until and including August 21, 2007.

Good cause appearing therefor,

IT IS ORDERED that this matter is continued to August 21, 2007, at 9:30 a.m. for status hearing.

Order After Hearing

1   IT IS FURTHER ORDERED that pursuant to 18 U.S.C. §3161 (h)(8)(B)
2   (iv) and Local Code T4, the period from July 24, 2007, up to and including August 21, 2007, is excluded
3   from the time computations required by the Speedy Trial Act due to ongoing preparation of counsel.

Dated: August 7, 2007

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT