```
1   DANIEL BRODERICK, Bar #89424
    Federal Defender
2   Lexi Negin, D.C. Bar #446153
    Assistant Federal Defender
3   801 I Street, 3rd. Floor
    Sacramento, California  95814
4   Telephone: (916) 498-5700

5   Attorney for Defendant
    DONNA LAVETTA WILSON
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-450 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | STIPULATION AND ORDER TO CONTINUE |
| v. | ) | STATUS HEARING |
| | ) | |
| DIALLO SIMS | ) | |
| | ) | |
| DONNA LAVETTA WILSON, | ) | |
| | ) | |
| Defendants. | | |

This case is currently scheduled for a status hearing on August 21, 2007. The attorneys for all parties have conferred and agree that additional time is needed for preparation of plea agreements in this case.

All parties, through their respective counsel, hereby stipulate and agree that the status conference scheduled in this case for August 21, 2007, be continued until August 28, 2007, for change of plea. In addition, the parties stipulate that the time period from August 21, 2007, to August 28, 2007, be excluded under the Speedy Trial Act (18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4), due to the need to provide defense counsel with the reasonable time to prepare.

A proposed order is attached and lodged separately for the court's convenience.

DATED:August 20, 2007

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for Dale Kitching<br>DALE KITCHING<br>Special Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Donna Wilson |
| /s/ Lexi Negin for Hayes Gable<br>HAYES GABLE<br>Attorney for Diallo Sims | |

1

|    |                                                              |
|----|--------------------------------------------------------------|
| 1  |                                                              |
| 2  | IN THE UNITED STATES DISTRICT COURT                          |
| 3  | FOR THE EASTERN DISTRICT OF CALIFORNIA                       |

| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-450 LKK |
|---|---|---|
| Plaintiff, | ) | |
| | ) | PROPOSED CONTINUING STATUS |
| v. | ) | CONFERENCE AND EXCLUDING TIME |
| | ) | |
| DIALLO SIMS | ) | |
| | ) | |
| DONNA LAVETTA WILSON, | ) | |
| | ) | |
| Defendants. | | |

For the reasons set forth in the stipulation of the parties, filed on August 20, 2007, IT IS HEREBY ORDERED that the status conference currently scheduled for August 21, 2007, be continued until Tuesday, August 28, 2007, at 9:30 a.m. for change of plea. The Court finds that the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. Accordingly, IT IS HEREBY ORDERED that, for the reasons stated in the parties' August 20, 2007 stipulation, the time under the Speedy Trial Act is excluded from August 21, 2007, through August 28, 2007, pursuant to 18 U.S.C. §3161(h)(8)(B)(iv) and Local Code T4, due to the need to provide defense counsel with the reasonable time to prepare.

Dated: August 20, 2007

/s/ Lawrence K. Karlton
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

2