DANIEL BRODERICK, Bar #89424
Federal Defender
Lexi Negin, D.C. Bar #446153
Assistant Federal Defender
801 I Street, 3rd. Floor
Sacramento, California 95814
Telephone: (916) 498-5700

Attorney for Defendant
DONNA LAVETTA WILSON

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO. CR-S-06-450 (LKK) |
| ) | |
| Plaintiff, ) | |
| ) | STIPULATION AND ORDER TO CONTINUE |
| v. ) | STATUS HEARING |
| ) | |
| DIALLO SIMS ) | |
| ) | |
| DONNA LAVETTA WILSON, ) | |
| ) | |
| Defendants. ) | |

This case is currently scheduled for a sentencing on November 6, 2007. The attorneys for all parties have conferred and agree that additional time is needed for preparation of sentencing and agree to continue the sentencing hearing to November 27, 2007 at 9:30 a.m. The parties agree that any formal objections and sentencing memoranda be due on November 20, 2007.

A proposed order is attached and lodged separately for the court's convenience.

DATED: November 9, 2007

/
/
/
/
/
/
/
/
/
/
/

1

Respectfully submitted,

| | |
|---|---|
| McGREGOR W. SCOTT<br>United States Attorney | DANIEL BRODERICK<br>Federal Defender |
| /s/Lexi Negin for Dale Kitching<br>DALE KITCHING<br>Special Assistant U.S. Attorney<br>Attorney for United States | /s/ Lexi Negin<br>LEXI NEGIN<br>Assistant Federal Defender<br>Attorney for Donna Wilson |
| /s/ Lexi Negin for Hayes Gable<br>HAYES GABLE<br>Attorney for Diallo Sims | |

1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CASE NO. CR-S-06-450 (LKK) |
| Plaintiff, | ) | |
| | ) | ORDER CONTINUING SENTENCING HEARING |
| v. | ) | |
| DIALLO SIMS | ) | |
| DONNA LAVETTA WILSON, | ) | |
| Defendants. | ) | |

For the reasons set forth in the stipulation of the parties, filed on November 9, 2007, IT IS HEREBY ORDERED that the sentencing hearing currently scheduled for November 6, 2007, be continued until November 27, 2007, at 9:30 a.m..

IT IS FURTHER, ORDERED, that any formal objections to the Presentence Investigation Report, and sentencing memoranda are due on November 20, 2007.

Dated: November 8, 2007

LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT